IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
WESTERN DIVISION

| | |
|---|---|
| JERMAINE MITCHELL, | ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 7:13-cv-1314-VEH-SGC |
| TIMOTHY ENSOR, et. al., | ) ) ) |
| Defendants. | ) |

**MEMORANDUM OF OPINION**

On August 6, 2014, the magistrate judge entered a report and recommendation recommending that this action filed pursuant to 42 U.S.C. § 1983 be dismissed under 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. (Doc. 11). The parties were allowed fourteen days to file objections to the report and recommendation. (*Id.*). No objections were filed. Having carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the court is of the opinion the magistrate judge's report is due to be and is hereby **ADOPTED** and the recommendation is **ACCEPTED**. Accordingly, the complaint is due to be dismissed pursuant to 28 U.S.C. § 1915A(b)(1) for failing to state a claim upon which relief may be granted. A final judgment will be entered separately.

**DONE** this 29th day of August, 2014.

VIRGINIA EMERSON HOPKINS
United States District Judge